UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ARETE WEALTH MANAGEMENT, LLC, ARETE WEALTH ADVISORS, LLC, JOEY DALE MILLER, JEFFREY SCOTT LARSON, RANDALL SCOTT LARSON, and UNBO CHUNG,<br><br>Defendants. | No. 1:25-cv-00616 (LCJ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 7, 2025, Defendant UnBo (Bob) Chung filed his Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support of his Motion to Dismiss Plaintiff's Complaint in the above-captioned case pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: April 7, 2025

Respectfully submitted,

David S. Slovick
Charlotte H. Underwood (*pro hac vice*)
BARNES & THORNBURG LLP
390 Madison Ave., 12th Floor
New York, NY 10017
dslovick@btlaw.com
charlotte.underwood@btlaw.com

*Attorneys for Defendant UnBo (Bob) Chung*

## **CERTIFICATE OF SERVICE**

      I certify that on this 7th day of April, 2025, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

David S. Slovick