UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) NO. 1:25-CV-00616 |
| v. | ) ) Judge Lindsay C. Jenkins |
| ARETE WEALTH MANAGEMENT, LLC, ARETE WEALTH ADVISORS, LLC, JOEY DALE MILLER, JEFFREY SCOTT LARSON, RANDALL SCOTT LARSON, and UNBO CHUNG, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANT ARETE WEALTH MANAGEMENT LLC'S NOTICE OF MOTION**

PLEASE TAKE NOTICE that on April 7, 2025, Defendant Arete Wealth Management, LLC ("AWA"), by and through its attorneys, filed its **Motion to Dismiss** and **Memorandum in Support of its Motion to Dismiss** in the above-captioned matter.

Respectfully Submitted,

**ARETE WEALTH MANAGEMENT, LLC**

/s/ Seth A. Travis
Seth A. Travis
Pierson Ferdinand LLP
111 W. Jackson, Suite 1700
Chicago, IL 60604
312-404-2647
seth.travis@pierferd.com

/s/ Peter Chan
Peter Chan
Baker & McKenzie LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601
(312) 861-2875
Peter.Chan@bakermckenzie.com

Nicole Hughes Waid (*admitted pro hac vice*)
Pierson Ferdinand LLP
4830 W. Kennedy Blvd, Suite 600
Tampa, FL 33609
202-906-9572
nicole.waid@pierferd.com

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, certifies that on April 7, 2025, I electronically filed the foregoing **DEFENDANT ARETE WEALTH MANAGEMENT, LLC'S NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of filing to all counsel of record.

                */s/ Seth A. Travis*
                Seth A. Travis
                Pierson Ferdinand LLP
                111 W. Jackson
                Suite 1700
                Chicago, IL 60604
                312-404-2647
                seth.travis@pierferd.com

                *Attorney for Defendant Arete Wealth Management, LLC*