# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Securities and Exchange Commission
                              Plaintiff,

v.                                                     Case No.: 1:25−cv−00616
                                                          Honorable Lindsay C. Jenkins

Arete Wealth Management, LLC., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The status report indicates that an amended complaint is forthcoming no later than April 28, 2025. The pending motions to dismiss [45] [46] [48] [51] are all denied without prejudice to refiling. The Court imposes the following briefing schedule on the anticipated motions to dismiss: any motion is due by June 9, 2025; the response is due by July 11, 2025; and any replies are due by August 1, 2025. The Court generally does not stay discovery while motions are pending, so it declines to enter a lengthy briefing schedule on a motion to stay. Instead, the matter is set for a status hearing on May 7, 2025 at 10:00 am in Courtroom 2119 where the parties should be prepared to argue their respective positions on stay of discovery. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.