UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ARETE WEALTH MANAGEMENT, LLC, ARETE WEALTH ADVISORS, LLC, JOEY DALE MILLER, JEFFREY SCOTT LARSON, RANDALL SCOTT LARSON, and UNBO (BOB) CHUNG,<br><br>Defendants. | No: 1:25-cv-00616 (LCJ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to Rules 37(a)(3)(B)(iii) and 37(b)(2)(A) and (C) of the Federal Rules of Civil Procedure, on February 14, 2026, Defendant UnBo (Bob) Chung filed his Combined Second Motion to Compel and First Motion for Sanctions, and his Combined Memorandum of Law in Support of his Second Motion to Compel and First Motion for Sanctions, in the above-captioned case.

Dated: February 14, 2026

Respectfully submitted,

David Slovick
Kopecky Schumacher Rosenburg LLC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602

dslovick@ksrlaw.com
(773) 680-5711

*Attorney for Defendant UnBo (Bob) Chung*